IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ROGELIO LOPEZ, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL NO. 2:17-CV-345 |
| § | |
| RALPH HANSON, § | |
| § | |
| Respondent. § | |

## ORDER

The Court has received Petitioner's habeas petition (Dkt. No. 1), the Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this case was referred (Dkt. No. 9), and Petitioner's Objections to the M&R (Dkt. No. 10).

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R (Dkt. No. 9) and **DISMISSES** the above-captioned case for lack of jurisdiction. Final Judgment will be entered separately.

SIGNED this 12th day of March, 2018.

_____
Hilda Tagle
Senior United States District Judge